UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL DANTAE BARTIE** | **CASE NO. 6:21-CV-02948** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **FEDNAT INSURANCE CO.** | **MAGISTRATE JUDGE DAVID J. AYO** |

# ORDER

For the reasons set forth in the Order issued on August 5, 2024,[1]

IT IS HEREBY ORDERED that the Memorandum Ruling and Order issued on July 17, 2023 is VACATED [ECF No. 14], the Report and Recommendation issued on June 8, 2023 is ADOPTED [ECF No. 13], and this lawsuit is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

THUS DONE in Chambers on this 22nd day of August, 2024.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 16.